FILED ___ LODGED
RECEIVED ___ COPY

NOV 0 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Carlos Tirado-Manjared,<br><br>　　　　Defendant. | NO.　CR-16-01327-PHX-GMS(JZB)<br><br>**INDICTMENT**<br><br>VIO:　8 U.S.C. § 1326(a) and (b)(1)<br>　　　(Reentry of Removed Alien) |

THE GRAND JURY CHARGES:

On or about May 1, 2015, at or near Phoenix, in the District of Arizona, CARLOS TIRADO-MANJARED, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 7, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: November 1, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona


/S/
SHEILA PHILLIPS
Assistant U.S. Attorney